# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

263

CA 12-01837

PRESENT: SMITH, J.P., FAHEY, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

WILLIAM V. CAFFERY, PLAINTIFF-APPELLANT,

V                                                          ORDER

TIME WARNER CABLE, INC., DEFENDANT-RESPONDENT.

---

LEWIS & LEWIS, P.C., BUFFALO (ALLAN M. LEWIS OF COUNSEL), FOR PLAINTIFF-APPELLANT.

GOLDBERG SEGALLA LLP, BUFFALO (DENNIS P. GLASCOTT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 1, 2012.  The order denied the motion of plaintiff for summary judgment on the issue of liability pursuant to Labor Law § 240 (1).

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  April 26, 2013                          Frances E. Cafarell
                                                  Clerk of the Court